UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RONALD WAYNE PHILLIPS,

   Plaintiff,

v.   Case No. 3:24cv471-MCR-HTC

LIEUTENANT MERCINO,
LIEUTENANT OLIVER,
CAPTAIN MCDANIEL,

   Defendants.
_____/

# O R D E R

The magistrate judge issued a Report and Recommendation dated October 28, 2024 (ECF No. 8). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.   The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE as malicious under 28 U.S.C. § 1915(e)(2)(B)(i) for Phillips' abuse of the judicial process.

3. Plaintiff's Motion to Allow Plaintiff to Utilize Pro Se Pretrial Detainee Rights, ECF No. 9, is **DENIED as moot**.

4. The clerk is directed to close the file.

**DONE AND ORDERED** this 31st day of December 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**